IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL RITZMANN, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. G-07-CV-176 |
| NALU KAI, INC. et al., | § § § | |
| Defendants. | § | |

## ORDER CARRYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICION

Along with its Answer, Defendant Nalu Kai, Inc. filed a Motion to Dismiss for Lack of Personal Jurisdiction. In response, Plaintiff requested that the Court allow more time for jurisdictional discovery. The Court agrees that additional discovery would aid in resolution of this Motion. Therefore, the Court **CARRIES** this Motion for ninety days, during which time Plaintiff is free to propound whatever discovery he deems necessary. The Court will consider this Motion on its merits ninety days from the date of this Order. If Plaintiff has not responded substantively by that time, the Motion will be treated as unopposed. All Parties are to bear their own costs, expenses, and attorneys' fees incurred herein to date.

**IT IS SO ORDERED.**

**DONE** this 11 day of May, 2007 at Galveston, Texas.

SAMUEL B. KENT

UNITED STATES DISTRICT JUDGE